In the Matter of SAMUEL S. GOODMAN, Respondent, against HENRY W. RALPH, as Register of the City of New York and Recording Officer of the County of New York, Defendant, and FRANK C. MOORE, as Comptroller of the State of New York, et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 848.]

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (249 West 45th St. and 238–250 West 46th St., New York City — Guarantee No. 128,138, Series N-12). DORSAR ENTERPRISES, INC., Appellant; ALFRED J. CALLAHAN, as Trustee, Respondent.— Order, so far as appealed from, unanimously modified by reducing the allowance to the trustee's attorney to the sum of $10,000 and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of W. L. MAXSON CORPORATION, Respondent, against HENRY W. RALPH, as Register of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [182 Misc. 144.] [See *post,* p. 772.]

GERTRUDE E. SEMON, Respondent, v. RANDOLPH A. SEMON, Defendant. WILLIAM J. RAPP, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 849.]

HAROLD SHELDON, Respondent, v. HENRY HANGER CO. OF AMERICA, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed; with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAVID COHEN et al., for Themselves and on Behalf of a Partnership Consisting of DAVID COHEN, BENJAMIN ZIRIN and FRANK R. CUSUMANO, Appellants, v. CUSTAZIN PRODUCTS, INC., et al., Respondents, et al., Defendants.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEACH 54TH ST., INC., Appellant, v. MATILDA BOLLERS et al., Defendants. HUTSON L. LOVELL, as Receiver, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEONARD MILITARY SUPPLIES, INC., Appellant, v. NORSAM HOLDING CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROYAL MANUFACTURING CO., INC., Appellant, v. CLYDE A. WILLIAMS, Doing Business under the Name of RAHWAY MOTOR FREIGHT LINES, Respondent. SUN INSURANCE OFFICE, LTD., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J. dissents and votes to reverse and grant the motion. [See *post,* p. 773.]